ACCEPTED
06-15-00032-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/21/2015 1:52:58 PM
DEBBIE AUTREY
CLERK

## NO.   06-14-00032-CR

| | | |
|---|---|---|
| **DEVON RAY DAVIS** | § | **IN THE COURT** |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **STATE OF TEXAS** | | **SIXTH APPELLATE DISTRICT** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

5/21/2015 1:52:58 PM

DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Devon Ray Davis, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 196th Judicial District Court of Hunt County, Texas.

2.      The case below was styled *State of Texas v. Devon Ray Davis*, Cause No. 22,886.

3.      Appellant was convicted in Cause 22,886 of Robbery and was sentenced to sixty (60) years in the Texas Department of Corrections, Institutional Division.

4.      Notice of appeal was given on February 13, 2015.

6. The clerk's record in this case was filed on February 27, 2015 and the Supplemental Clerk's Record was filed April 11, 2015; the reporter's record in this case was filed on February 27, 2015.

7. The appellate brief in this case is presently due on May 11, 2015.

8. Appellant requests an extension of time of forty-five (45) days from the present date.

9. No extension to file the brief has been received in this case.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney, Katherine A. Ferguson, has requested the record, but Appellant's attorney requests additional time to sufficiently analyze the material contained in the lower court proceedings in order to effectively prepare a brief in this case.

Appellant's Counsel further shows that counsel was working on a brief due in the Twelfth Court of Appeals on May 4, 2015 2014 in cause no. 12-14-00365-CV, styled *Edom Corner, LLC and Earl A. Berry, Jr. v. It's the Berry's, LLC d/b/a Mary Ellen's*.

Appellant has conferred with counsel for the State of Texas and the State of Texas does not oppose the requested extension.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RENSHAW, DAVIS & FERGUSON, LLP

By:  /s/ Katherine A. Ferguson
Katherine A. Ferguson
(SBN 06918050)

2900 Lee Street, Suite 102
P.O. Box 21
Greenville, Texas 75403-0021
Tel:  (903) 454-6050
Fax:  (903) 454-4898
Email:  fergusk66@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on May 21, 2014, a true and correct copy of the above and foregoing document was served on the Hunt County District Attorney's Office, Hunt County Courthouse, 4th Floor, Greenville, Texas by hand delivery.

/s/ Katherine A. Ferguson
Katherine A. Ferguson